448 A.2d 1159

Commonwealth v. Martin, Appellant.

570

Submitted January 6, 1982.   Dennis C. Pfannenschmidt, for appellant; David Edward Grine, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.